# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  DESIGNATION OF CHAIR          :  NO. 467
                                      :
AND VICE-CHAIR OF CRIMINAL            :  CRIMINAL PROCEDURAL RULES
                                      :
PROCEDURAL RULES COMMITTEE            :  DOCKET

## O R D E R

**PER CURIAM:**

AND NOW, this 31st day of December, 2015, the Honorable Jeffrey A. Manning is hereby designated as Chair and the Honorable Charles A. Ehrlich as Vice-Chair of the Criminal Procedural Rules Committee commencing January 1, 2016.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.